UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OBED TASIS,

       Plaintiff,

v.                                  Case No. 2:24-CV-930-SPC-KCD

CAMINE MARCENO, SHERIFF OF
LEE COUNTY, FLORIDA; AND
JAMES NEWBERN,
INDIVIDUALLY;

       Defendants,
_____/

## ORDER

This matter is set for a Rule 16 conference next week. (Doc. 8.) In addition to a proposed schedule, the parties should be prepared to discuss the pleading deficiencies argued in the pending motions to dismiss. (Docs. 12, 14.)

**ORDERED** in Fort Myers, Florida on December 17, 2024.

Kyle C. Dudek
United States Magistrate Judge